## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gibraltar Rock, Inc., :
                   Petitioner :
                                  :
            v. :
                                  :
Pennsylvania Department of :
Environmental Protection, :
               Respondent :        No. 500 C.D. 2020

**PER CURIAM**                  **O R D E R**

       NOW, June 27, 2024, upon consideration of Petitioner's application for reargument, and Respondent's and Intervenors' answers in response thereto, the application is DENIED.